IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION )<br>1750 H Street, N.W. )<br>Washington, D.C.  20006, )<br> )<br>                    Plaintiff, )<br> )<br>          v. )<br> )<br>United States of America, )<br> )<br>and )<br> )<br>JOHN MICHAEL MULVANEY, in his )<br>official capacity as Director of the Office of )<br>Management and Budget )<br> )<br>                    Defendants. )<br>_____ ) | Civil Action No. 1:19-cv-50 |

NOTICE OF VOLUNTARY WITHDRAWAL
OF NTEU'S MOTIONS FOR PRELIMINARY INJUNCTIONS
<u>WITHOUT PREJUDICE</u>

Plaintiff National Treasury Employees Union hereby withdraws its Motion

for a Preliminary Injunction filed on January 13, 2019 (ECF No. 8) and its Motion

for a Preliminary Injunction filed on January 18, 2019 (ECF No. 15) voluntarily and

without prejudice.

Respectfully submitted,

/s/ Gregory O'Duden

_____
GREGORY O'DUDEN
General Counsel

/s/ Larry J. Adkins

_____
LARRY J. ADKINS
Deputy General Counsel

/s/ Paras N. Shah

_____
PARAS N. SHAH
Assistant Counsel

/s/ Allison C. Giles

_____
ALLISON C. GILES
Assistant Counsel

/s/ Jessica Horne

_____
JESSICA HORNE
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C.  20006
Tel:  (202) 572-5500
Fax:  (202) 572-5645
greg.oduden@nteu.org
larry.adkins@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org

January 25, 2019        Attorneys for Plaintiff NTEU

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically through the Court's CM/ECF system on January 25, 2019.  I further certify that this filing was served electronically to all counsel of record in this matter by operation of the Court's electronic filing system.

/s/ Jessica Horne

_____

JESSICA HORNE
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C.  20006
Tel:  (202) 572-5500
Fax:  (202) 572-5645


January 25, 2019          Attorney for Plaintiff NTEU