# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, N.W.<br>Washington, D.C. 20006,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>JOHN MICHAEL MULVANEY, in his<br>official capacity as Director of the Office of<br>Management and Budget,<br>725 17th Street, N.W.<br>Washington, D.C. 20503,<br><br>and<br><br>STEVEN TERNER MNUCHIN, in his<br>official capacity as Secretary of the Treasury,<br>1500 Pennsylvania Ave., N.W.<br>Washington, D.C. 20220<br><br>                Defendants. | Case No. 1:19-cv-50-RJL |

## **NOTICE**

Plaintiff National Treasury Employees Union (NTEU) respectfully submits this notice to update the Court on developments regarding Count III of NTEU's amended complaint. That count challenged the Internal Revenue Service's (IRS) decision, in the middle of the last shutdown, to recall over 36,000 employees to work, so that federal tax returns could be timely processed. Am. Compl. ¶¶ 27-28. That recall meant that over 46,000 employees—more than half of the agency's entire workforce—were required to work during the portion of the shutdown that fell within tax filing season. Am. Compl. ¶ 27.

Last week, IRS provided NTEU with a contingency plan that would govern any lapse of appropriations during fiscal year (FY) 2020.  See Ex. A.  That plan shows that, if there is a lapse in appropriations during the FY 2020 tax filing season, more than half of IRS's workforce would again be required to work:  47,009 employees, as compared to the 13,191 employees who would be required to work during a non-tax filing season lapse in appropriations.  Ex. A at 5 (defining tax filing season as January 1 through April 30), 124 (59.3% of IRS would work during a FY 2020 tax filing season lapse, versus the 16.6% who would work during a non-tax filing season lapse).  As with the last tax filing season lapse, these workers are concentrated in the submission processing centers and accounts management centers that process federal tax returns.  See NTEU Opp., Dkt. No. 27, at 39 (30,481 employees at these centers required to work during lapse); Ex. A at 123 (31,465 employees from these centers would be required to work during tax filing season lapse).

This updated plan shows that the Antideficiency Act violations alleged in Count III of NTEU's amended complaint would reoccur if there is a lapse during the next tax filing season.

Respectfully submitted,

| | |
|---|---|
| GREGORY O'DUDEN<br>General Counsel<br><br>LARRY J. ADKINS<br>Deputy General Counsel<br><br>/s/ Paras N. Shah<br>_____<br>PARAS N. SHAH<br>Assistant Counsel<br><br>ALLISON C. GILES<br>Assistant Counsel<br><br>JESSICA HORNE<br>Assistant Counsel | NATIONAL TREASURY EMPLOYEES UNION<br>1750 H Street, N.W.<br>Washington, D.C.  20006<br>Tel:  (202) 572-5500<br>Fax:  (202) 572-5645<br>greg.oduden@nteu.org<br>larry.adkins@nteu.org<br>paras.shah@nteu.org<br>allie.giles@nteu.org<br>jessica.horne@nteu.org<br><br>Attorneys for Plaintiff NTEU<br><br>November 14, 2019 |